**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: September 2, 2026
Docket #: 26-155
Short Title: Hicks v. United States of America

DC Docket #: 1:23-cv-166
DC Court: WDNY (BUFFALO)
DC Judge: Richard J. Arcara

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for certificate of appealability, et al filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, September 15, 2026.

Inquiries regarding this case may be directed to 212-857-8595.