W.D.N.Y.
15-cr-33
23-cv-166
Arcara, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand twenty-six.

Present:

John M. Walker, Jr.,
Michael H. Park,
Steven J. Menashi,
*Circuit Judges.*

---

Aaron Hicks,

*Petitioner-Appellant*,

v. 26-155

United States of America,

*Respondent-Appellee*.

---

Appellant moves for a certificate of appealability and in forma pauperis status. Upon due consideration, it is hereby ORDERED that the motion is DENIED, and the appeal is DISMISSED because Appellant has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

